Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No.: 4:14-cv-00739 YGR<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |

Following the settlement of this matter, Plaintiff Jane Doe and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated:  July 10, 2014                                     BOLT KEENLEY KIM LLP


By:  */s/ Brian H. Kim*
　　　Brian H. Kim
　　　Attorneys for Plaintiff

Case No.: 3:14-cv-00739-YGR　　　　　1　　　　　**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**

Dated: July 10, 2014                                        DENTONS US LLP

                                                  By:   */s/ Douglas A. Scullion*
                                                        Douglas A. Scullion
                                                        Attorneys for Defendant

### ORDER DISMISSING CASE WITH PREJUDICE

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 4:14-cv-00739 YGR is dismissed in its entirety, with prejudice, and with each party to bear its own fees, costs, and expenses in this matter.

IT IS SO ORDERED.

Dated: July 22, 2014

                                                        Hon. Yvonne Gonzalez Rogers
                                                        United States District Court Judge

Case No.: 3:14-cv-00739-YGR                2                **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**